# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1479
_____

United States of America

*Plaintiff - Appellee*

v.

Randall Joe Haggart, also known as Randall Jo Haggart

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Western
_____

Submitted: July 1, 2022
Filed: July 12, 2022
[Unpublished]
_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Randall Haggart appeals after the district court[1] revoked his supervised release and sentenced him to 22 months in prison and 2 years of supervised release. His

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the revocation sentence.

After careful review of the record, we conclude the district court did not abuse its discretion in sentencing Haggart, as there is no indication the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (reviewing district court's decision to revoke supervised release for abuse of discretion); *United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006) (determining revocation sentence unreasonable when district court fails to consider relevant 18 U.S.C. § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (presuming within-Guidelines sentence reasonable).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____